Kendell **VERHAGE**, et al., **Respondents,**

v.

Angela **VERHAGE, Appellant.**

No. WD 75891.

Missouri Court of Appeals, Western District.

July 30, 2013.

Jeffery Adams, Clinton, MO, for appellant.

Sarah Duncan, Clinton, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Ms. Angela Verhage appeals the trial court's judgment dissolving her marriage to Mr. Kendell Verhage.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).